| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF INDIANA |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this is an amended filing |

FILED '25 JUL 17
BANKR SD INDpH 1:54

PAID

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  McCammons Irish Market LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  46-5234520

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 620 Treybourne Dr. | 3480 N. SR 267 |
| Greenwood, IN 46142 | Brownsburg, IN 46112 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Johnson | Location of principal assets, if different from principal place of business |
| County | 620 Treybourne Dr. Greenwood, IN 46142 |
|  | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  McCammons Irish Market.Com

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **McCammons Irish Market LLC**  Case number (*if known*) _____
Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ■ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*
   
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
   
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   
   ☐ A plan is being filed with this petition.
   
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   
   ■ No.
   ☐ Yes.
   
   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor    **McCammons Irish Market LLC**        Case number (*if known*)
         Name

**10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ■ No
    ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11.** Why is the case filed in this district?

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
         Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13.** Debtor's estimation of available funds

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** Estimated number of creditors

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** Estimated Assets

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** Estimated liabilities

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 3

Debtor  **McCammons Irish Market LLC** _____   Case number (*if known*) _____
        Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☒ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | McCammons Irish Market LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/6/2025
MM / DD / YYYY

X  *[signature]*         Garry Ward
Signature of authorized representative of debtor    Printed name

Title   CEO

MRGMAN1954@GMAIL.Com

**18. Signature of attorney**  X 317.600.0230
Signature of attorney for debtor

Date
MM / DD / YYYY

Jason T. Mizzell 30038-53
Printed name

Kroger, Gardis & Regas, LLP
Firm name

111 Monument Circle
Suite 900
Indianapolis, IN 46204
Number, Street, City, State & ZIP Code

Contact phone   317-692-9000      Email address   jmizzell@kgrlaw.com

30038-53 IN
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | McCammons Irish Market LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ascentium<br>23970 US-59<br>Kingwood, TX 77339 | | Trade debt | | | | $75,000.00 |
| Capital One Spark Visa<br>P O Box 71087<br>Charlotte, NC 28272-1087 | | credit card purchases | | | | $37,320.45 |
| Citi Double Cash Card<br>P O Box 6500<br>Sioux Falls, SD 57117 | | | | | | $20,844.05 |
| Citi Premier Card<br>P O Box 6500<br>Sioux Falls, SD 57117 | | | | | | $15,808.33 |
| Eason Horticulture<br>939 Helen Ruth Drive<br>Ft Mitchell, KY 41017 | | Trade debt | | | | $136,548.82 |
| Lincoln Nurseries<br>0-142 Lincoln Street<br>Grand Rapids, MI 49534 | | Trade debt | | | | $89,298.45 |
| Marvins<br>9920 E 30th Street<br>Indianapolis, IN 46229 | | Trade debt | | | | $13,313.90 |
| McHutchinson<br>64 Mountain View Blvd<br>Wayne, NJ 07470 | | Trade debt | | | | $146,201.97 |

| Debtor | McCammons Irish Market LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Monrovia 13455 S.E. Lafayette Hwy Dayton, OR 97114-8416 | | Trade debt | | | | $48,860.55 |
| MPH Greenwood, LLC c/o Michael P.Hollcraft 4181 Waterbrook Way Greenwood, IN 46143 | | 620 Treybourne Drive Greenwood, IN 46142 | | $34,630.00 | $0.00 | $34,630.00 |
| NewCo 90 Broad Suite 903 New York, NY 10004 | | Trade debt | | | | $263,894.10 |
| Platinum Card P O Box 981535 El Paso, TX 79998-1535 | | | | | | $23,854.31 |
| PNC Card P O Box 71335 Philadelphia, PA 19176-1335 | | | | | | $19,549.57 |
| PNC Credit P O Box 71335 Philadelphia, PA 19176-1335 | | | | | | $47,606.66 |
| Rio Verde 39550 NW Chalmers Lane Cornelius, OR 97113 | | Trade debt | | | | $68,355.91 |
| Schwope 39881 NW Wilkesboro Road Banks, OR 97106 | | Trade debt | | | | $16,653.84 |
| Sester Farms Inc. 33205 SE Oxbow Dr Gresham, OR 97080 | | Trade debt | | | | $89,000.00 |
| The Farmers Bank 9 E. Clinton St. Frankfort, IN 46041 | | 3480 N. S.R. 267 Brownsburg, IN 46112 Zillow Value: $611,600.00 | | $1,100,000.00 | $611,600.00 | $488,400.00 |
| Willow Bend Nurseries 4654 Davis Road Perry, OH 44081 | | Trade debt | | | | $85,442.75 |
| Willoway P O Box 299 Avon, OH 44011 | | Trade debt | | | | $27,041.72 |